UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CECIL WEBB-MATTHEWS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:09-1105 |
| ) | |
| MATTHEW WALKER COMPREHENSIVE ) | Judge Nixon/Bryant |
| HEALTH CENTER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The United States has filed its motion to be substituted for defendants Matthew Walker Comprehensive Health Center, Inc. and Carol Darnell, D.M.D. (Docket Entry No. 4), on the ground that Matthew Walker Comprehensive Health Center, Inc. is an agency of the United States and that Dr. Darnell is an agent or employee of the Government.

In the absence of opposition by the plaintiffs, the motion to substitute the United States as defendant is GRANTED.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge